UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSE FERNANDEZ                                                                                    PETITIONER

V.                                                    CIVIL ACTION NO. 3:24-CV-427-KHJ-MTP

WARDEN UNKNOWN WINGFIELD                                                          RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing with prejudice Petitioner Jose Fernandez's [1] Petition for Writ of Habeas Corpus. This case is closed.

SO ORDERED AND ADJUDGED, this 2nd day of April, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE